1
2
3
4
5
6
7

8      UNITED STATES DISTRICT COURT
       NORTHERN DISTRICT OF CALIFORNIA
9

10  Kumiko Yoshida                )
                                  )
11                                )       CV 08      3275
                    Plaintiff,    )       CASE NO. _____
12                                )
       vs.                        )       APPLICATION TO PROCEED
13  University Club, Desmond Elder )      IN FORMA PAUPERIS
                                  )
14                                )
                    Defendant.    )
15  _____)

16      I, Kumiko Yoshida _____, declare, under penalty of perjury that I am the plaintiff

17  in the above entitled case and that the information I offer throughout this application is true and

18  correct. I offer this application in support of my request to proceed without being required to

19  prepay the full amount of fees, costs or give security. I state that because of my poverty I am

20  unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

21      In support of this application, I provide the following information:

22  1.    Are you presently employed?              Yes ✓  No ____

23  If your answer is "yes," state both your gross and net salary or wages per month, and give the

24  name and address of your employer:

25  Gross: 3268.27 _____    Net: 2,026.32 _____

26  Employer: US Jesco International, 1421 Westway Circle, Carrollton, TX 75006-3733

27  _____

28  If the answer is "no," state the date of last employment and the amount of the gross and net salary

Form-Intake 3 (Rev. 4/05)         - 1 -

1  and wages per month which you received.

2  _____

3  _____

4  _____

5  2.    Have you received, within the past twelve (12) months, any money from any of the

6  following sources:

7      a.    Business, Profession or                Yes ____ No ✓

8           self employment?

9      b.    Income from stocks, bonds,          Yes ____ No ✓

10          or royalties?

11     c.    Rent payments?                        Yes ____ No ✓

12     d.    Pensions, annuities, or               Yes ____ No ✓

13          life insurance payments?

14     e.    Federal or State welfare payments,    Yes ____ No ✓

15          Social Security or other govern-

16          ment source?

17 If the answer is "yes" to any of the above, describe each source of money and state the amount

18 received from each.

19 _____

20 _____

21 3.    Are you married?                           Yes ____ No ✓

22 Spouse's Full Name: _____

23 Spouse's Place of Employment: _____

24 Spouse's Monthly Salary, Wages or Income:

25 Gross $_____ Net $_____

26 4.    a.    List amount you contribute to your spouse's support:$ _____

27     b.    List the persons other than your spouse who are dependent upon you for support

28         and indicate how much you contribute toward their support. (NOTE: For minor

Form-Intake 3 (Rev. 4/05)         - 2 -

1    children, list only their initials and ages.  DO NOT INCLUDE THEIR NAMES.)

2    _____

3    _____

4    5.   Do you own or are you buying a home?          Yes ____  No __✓__

5    Estimated Market Value: $_____  Amount of Mortgage: $_____

6    6.   Do you own an automobile?                    Yes __✓__  No ____

7    Make _Nissan_____ Year _1993_____ Model _240 SX_____

8    Is it financed? Yes _____ No __✓__ If so, Total due: $_____

9    Monthly Payment: $ _____

10   7.   Do you have a bank account?  Yes __✓__ No ____ (Do not include account numbers.)

11   Name(s) and address(es) of bank: _Washington Mutual, checking account_____

12   _2300 16th St.#290, San Francisco, CA 94103_____

13   Present balance(s):  $ _520.95_____

14   Do you own any cash?  Yes ____ No __✓__ Amount:  $_____

15   Do you have any other assets? (If "yes," provide a description of each asset and its estimated

16   market value.)                                    Yes ____ No __✓__

17   _____

18   8.   What are your monthly expenses?

19   Rent: $ _1308_____ Utilities: _and gas for car, $600_____

20   Food: $ _200_____ Clothing: _____

21   Charge Accounts:

22   Name of Account              Monthly Payment              Total Owed on This Account

23   HSBC                         $ _____              $ _670.98_

24   Washington Mutual            $ _____              $ _480.73_

25   _____             $ _____              $ _____

26   9.   Do you have any other debts? (List current obligations, indicating amounts and to whom

27   they are payable.  Do not include account numbers.)

28   _____

Form-Intake 3 (Rev. 4/05)              - 3 -

1
2  10.     Does the complaint which you are seeking to file raise claims that have been presented in
3  other lawsuits?   Yes ___   No ✓
4  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
5  which they were filed.
6
7
8  I declare under the penalty of perjury that the foregoing is true and correct and understand that a
9  false statement herein may result in the dismissal of my claims.
10
11  *July 8, 2008*                          *[signature]*
12        DATE                              SIGNATURE OF APPLICANT
13
14
15
...
28

Form-Intake 3 (Rev. 4/05)                    - 4 -