SEYFARTH SHAW LLP
Francis J. Ortman, III (State Bar No. 213202) fortman@seyfarth.com
Sheeva J. Ghassemi (State Bar No. 246639) sghassemi@seyfarth.com
560 Mission Street, Suite 3100
San Francisco, California 94105
Telephone: (415) 397-2823
Facsimile: (415) 397-8549

Attorneys for Defendants
UNIVERSITY CLUB OF SAN FRANCISCO
and DESMOND ELDER

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| KUMIKO YOSHIDA | Case No. CV 08-3275-CRB |
|---|---|
| Plaintiff, | ~~DEFENDANTS' CASE MANAGEMENT STATEMENT~~ |
| v. | Date: October 17, 2008 |
| UNIVERSITY CLUB and DESMOND ELDER | Time: 8:30 a.m. |
| Defendants. | Judge: Hon. Charles R. Breyer |
|  | Dept./Place: Courtroom 8, 19th Floor |

# ORDER

Defendants University Club and Desmond Elder ("Defendants"), by and through their counsel of record, submit the following Case Management Statement.

As detailed in the September 23, 2008 letter to the Court from Francis J. Ortman, defense counsel was unable to get in touch with either Plaintiff or, upon learning she had retained counsel, her counsel despite two phones calls, one voicemail message, and a letter to Plaintiff. Therefore, no meet and confer regarding initial disclosures or a discovery plan occurred.

///

///

///

///

1  Late last week, Richard Rogers, counsel for Plaintiff, contacted defense counsel and
2  informed her that he had just been retained by Plaintiff and needed to continue the Case
3  Management Conference date to ~~November 21, 2008~~ December 05, 2008 at 8:30 a.m.  Defense counsel consented to this new
4  date and Plaintiff's counsel filed a Case Management Statement and Request for Continuance on
5  October 2, 2008 reflecting this agreement and seeking a continuance of the Case Management
6  Conference date.  Defense counsel is available on this date.

7  DATED: October 7, 2008                    SEYFARTH SHAW LLP

8
9                                            By /s/ Sheeva J. Ghassemi
                                              Francis J. Ortman, III
                                              Sheeva J. Ghassemi
10                                           Attorneys for Defendants
11                                           UNIVERSITY CLUB and DESMOND
                                              ELDER

14  Case management statement due on or before November 28, 2008.

IT IS SO ORDERED
Judge Charles R. Breyer
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA