UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KUMIKO YOSHIDA,<br><br>            Plaintiff(s),<br><br>     v.<br><br>UNIVERSITY CLUB,<br><br>            Defendant(s). | No. C08-3275 CRB (BZ)<br><br>**INITIAL DISCOVERY ORDER** |

   All discovery in this matter has been referred to United States Magistrate Judge Bernard Zimmerman.

   In the event a discovery dispute arises, the parties shall meet in person or, if counsel are outside the Bay Area, by telephone and make a good faith effort to resolve their dispute. Exchanging letters or telephone messages about the dispute is insufficient. The Court will not read subsequent positioning letters; parties shall instead make a contemporaneous record of their meeting using a tape recorder or a court reporter.

   In the event they cannot resolve their dispute, the parties must participate in a telephone conference with the Court **before** filing any discovery motions or other papers.

1

1  The party seeking discovery shall request a conference in a
2  letter **filed electronically** not exceeding two pages (with no
3  attachments) which briefly explains the nature of the action
4  and the issues in dispute.  Other parties shall reply in
5  similar fashion within two days of receiving the letter
6  requesting the conference.  The Court will contact the parties
7  to schedule the conference.
8      After the conference with the Court, if filing papers is
9  deemed necessary, they should be filed **electronically** with the
10 Clerk's Office, with **one hard copy delivered directly to**
11 **Magistrate Judge Zimmerman's Chambers (Room 15-6688)**.  A
12 chambers copy of all briefs shall be submitted on a diskette
13 formatted in WordPerfect or e-mailed to the following address:
14 **bzpo@cand.uscourts.gov**
15 Dated: March 4, 2009

_____
Bernard Zimmerman
United States Magistrate Judge

19 G:\BZALL\-REFS\YOSHIDA V. UNIVERSITY CLUB\INITIAL DISCOVERY ORD.wpd