# SEYFARTH SHAW LLP
### ATTORNEYS

560 Mission Street, Suite 3100
San Francisco, California 94105
(415) 397-2823
fax (415) 397-8549
www.seyfarth.com

Writer's direct phone
(415) 732-1131
Writer's e-mail
sghassemi@seyfarth.com

March 5, 2009

**VIA E-FILE**

Honorable Judge Bernard Zimmerman
United States District Court Northern District of California
450 Golden Gate Ave., Courtroom G, 15th Floor
San Francisco, CA 94102

      *Re:*    *Kumiko Yoshida vs. University Club of San Francisco, et al.*
              *U.S.D.C., Northern District Court Case No. CV 08-3275 EDL*

Dear Judge Zimmerman:

      We are in receipt of the Initial Discovery Order and the Order Scheduling Telephonic Conference Re Discovery Dispute and seek clarification regarding the proceedings outlined in each.

      The Initial Discovery Order requires counsel to meet and confer in person regarding discovery disputes and record their meeting via tape recorder or court reporter. It states that exchanging "letters or telephone messages about the dispute is insufficient." Once this is completed, the Initial Discovery Order requires counsel to participate in a telephone conference. We have yet to complete the face-to-face meeting and are unsure as to whether we are required to do so before the scheduled Telephonic Conference Re Discovery Dispute on March 12, 2009 at 9:00 a.m.

      We look forward to your direction on this issue.

**NO FURTHER MEETING IS REQUIRED BEFORE THE TELEPHONIC CONFERENCE SCHEDULED FOR MARCH 12, 2009 AT 9:00 A.M.**

Respectfully Submitted,

SEYFARTH SHAW LLP

Sheeva J. Ghassemi

SJG:sjg

*[Seal: United States District Court, Northern District of California – Judge Bernard Zimmerman]*

BRUSSELS · WASHINGTON, D.C. · SAN FRANCISCO · SACRAMENTO · NEW YORK · LOS ANGELES · HOUSTON · CHICAGO · BOSTON · ATLANTA